# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **CARLOS A. CARO,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No.  3:25-CV-00719-LS |
| | § | |
| **DISH NETWORK, LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAYING CASE

Defendant Dish Network, LLC, moves to compel arbitration under an arbitration agreement between Defendant and Plaintiff Carlos Caro.[1] "[A] court must hold a party to its arbitration contract just as the court would to any other kind."[2] Plaintiff has not responded to the motion and is therefore unopposed.[3] Accordingly, the Court **GRANTS** Defendant's motion to compel arbitration [ECF No. 11] and **STAYS** this case pending the outcome. **The parties shall file a report regarding the status of arbitration every sixty days from the date of this order**.

> **SO ORDERED**.

> **SIGNED** and **ENTERED** on April 9, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* ECF No. 11-2 at 2 ("Employee and DISH mutually agree that any past, present or future claim, controversy and/or dispute between them, including without limitation any claim or dispute arising out of or related to Employee's application for employment, employment and/or termination of employment ("Claim"), except in cases relating to disputes involving sexual assault or sexual harassment unless Employee elects to arbitrate such cases, shall be resolved by binding arbitration . . . .").

[2] *Morgan v. Sundance, Inc.*, 596 U.S. 411, 418 (2022).

[3] Local Rule CV-7(D)(2).